Case 4:21-cv-00157   Document 20   Filed on 06/21/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 21, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **RICKY WADE AND USULNEE WADE,** | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO.: 4:21-cv-00157 |
| **ALLSTATE TEXAS LLOYD'S,** | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

On this day came to be heard the Joint Stipulation of Dismissal of Plaintiffs Ricky and Usulnee Wade (hereinafter "Plaintiffs") and Defendant Allstate Texas Lloyd's (hereinafter "Defendant") to dismiss any and all claims brought by Plaintiffs against Defendant. Upon consideration of the Joint Stipulation, the Court is of the opinion that said Joint Stipulation should be, and hereby is, GRANTED in all respects.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that any and all claims of Plaintiffs against Defendant are dismissed, with prejudice, to the rights of Plaintiffs to re-file same or any part thereof.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all court costs be taxed against the party incurring same. Any relief not expressly granted herein is DENIED.

SIGNED this  21st  day of    June           , 2021.

_____
JUDGE